*Keenan, J*

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2-15-08_

*Attorneys for Defendant Merck & Co., In*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                                    :
Fosamax Products Liability Litigation          :          1:06-md-1789 (JFK)
------------------------------------------------------x
*This Document Relates to:*                       :
Bernice Bridge                                        :
v. Merck & Co., Inc.                               :
                                                              :
Case No: 1:07-cv-6738-JFK                     :
------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between

Plaintiff Bernice Bridge and Defendant Merck & Co., Inc., ("Merck") through their

respective undersigned counsel, as follows:

1.      This case having been resolved upon the agreement of Plaintiff to

voluntarily dismiss without prejudice her claims against Merck in the above-captioned

case and the agreement of Merck not to seek from Plaintiff its fees and costs, this case is

hereby dismissed without prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2.      Plaintiff further agrees to re-file any suit based on any similar claims

related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors,

employees, sales representatives, or against any pharmacy in this Court.

3.      Each party is to bear its own costs and attorneys' fees.

BA2/328132



Dated: ~~October~~ January 18, 2008

REICH & BINSTOCK, LLP                    HUGHES HUBBARD & REED LLP

By _____            By _____
    Deborah L. Ziegler                       Theodore V. H. Mayer (TM 9748)
    4265 San Felipe Blvd., Suite 1000        One Battery Park Plaza
    Houston, Texas 77027                     New York, New York 10004
    (713) 622-7271                           (212) 837-6888

    *Attorneys for Plaintiff*                *Attorneys for Defendant Merck & Co, Inc.*

SO ORDERED: _John F. Keenan_ 2/15/08
             Hon. John F. Keenan

BA2/328132